| Case No. | CV 19-03551-AG | Date | May 31, 2019 |
|---|---|---|---|
| Title | In Re Clark Warren Baker | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

This appeal was filed on April 29, 2019. On May 15, 2019, the Court issued a minute order which ordered Appellant to show cause in writing on or before May 24, 2019 why this action should not be dismissed for lack of prosecution. On May 22, 2019, Appellant filed a Notice of Non-Opposition to the Order to Show Cause [19]. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution.

The Court further orders the Order to Show Cause [18] issued on May 15, 2019 discharged.

        -   :   -

Initials of Deputy Clerk   mku

**CC:** **BANKRUPTCY COURT**
**BAP**